**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Zhiguang Zhang

Plaintiff,

v.

Case No.:
1:23−cv−14383

Honorable Martha M.
Pacold

The Partnerships and Unincorporated Associations
Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, October 15, 2023:

     MINUTE entry before the Honorable Martha M. Pacold: The court has received several motions filed by plaintiff ([2], [3], [4], [5]). The court directs plaintiff to review the court's standing order on Schedule A cases. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.